UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MEAGHAN S. WATKINS**<br>    **Plaintiff**<br><br>**v.**<br><br>**G & M TRADERS LLC D/B/A**<br>**G AND M AUTO SALES,**<br>    **Defendant** | **CIVIL ACTION NO.**<br>**3:17-CV-739-VLB**<br><br><br><br><br><br>**AUGUST 7, 2017** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Meaghan S. Watkins, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

                                            **PLAINTIFF, MEAGHAN WATKINS**

                                            By: /s/ *Daniel S. Blinn*
                                                Daniel S. Blinn (ct02188)
                                                dblinn@consumerlawgroup.com
                                                Consumer Law Group, LLC
                                                35 Cold Spring Rd. Suite 512
                                                Rocky Hill, CT  06067
                                                Tel. (860) 571-0408
                                                Fax (860) 571-7457

2

## CERTIFICATION

I hereby certify that on this 7th day of August, 2017, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
Daniel S. Blinn